IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES WEATHERS                                                                                PLAINTIFF

v.                                    CIVIL NO. 2:21-cv-2190-PKH-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

Plaintiff, Charles Weathers, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration. (ECF No. 2). On May 2, 2022, Plaintiff filed a Motion to Dismiss, requesting that his Complaint be dismissed. He admits that he was incarcerated at the Grimes Unit on the date of his administrative hearing and has since received no medical treatment. The Plaintiff now seeks dismissal on the basis that his appeal is without merit. (ECF Nos. 20, 21).

Accordingly, we recommend granting Plaintiff's Motion to Dismiss, and dismissing his case without prejudice.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of May 2022.

/s/ Mark E. Ford
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE