UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES WEATHERS                                                                                           PLAINTIFF

v.                                            No. 2:21-CV-02190

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                          DEFENDANT

## ORDER

    The Court has received a report and recommendation (Doc. 24) from Chief United States Magistrate Judge Mark E. Ford.  The Magistrate Judge recommends that the Court grant Plaintiff's motion (Doc. 20) to voluntarily dismiss his claims in this case.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

    IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 20) to dismiss is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered separately.

    IT IS SO ORDERED on this 5th day of May, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE